UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

LEON BLUE,
    a/k/a "Boochie,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a conference in this matter on **January 13, 2020 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         January 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge