UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LEON BLUE,

             Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following briefing schedule will apply to Defendant Leon Blue's proposed pretrial motions:

1. Defendant's moving papers are due on **November 30, 2020**;

2. the Government's opposition papers are due on **December 30, 2020**; and

3. Defendant's reply papers, if any, are due on **January 13, 2021**.

Dated: New York, New York
       September 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge