UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

LEON BLUE,

              Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government has submitted a proposed consent preliminary order of forfeiture as to Defendant Leon Blue. Given that the Defendant maintains that "he received no personal gain of any kind" as a result of his involvement in the offense (Def. Sent. Br. (Dkt. No. 769) at 10), the Government is directed to submit a letter stating the basis for a forfeiture order here, along with supporting legal citations. The Government's letter will be submitted by 5:00 p.m. on March 18, 2022.

Dated: New York, New York
          March 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge